JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

VMR PRODUCTS, LLC,

           Plaintiff,

   v.

V2H APS, ET AL.,

           Defendants.

No. 2:13-cv-7719-CBM-JEM

**JUDGMENT**

     Consistent with the findings of fact and conclusions of law issued on December 29, 2016, judgment is entered in favor of Defendants as to Plaintiff's infringement claim, and entered in favor of Plaintiff on Defendants' counterclaims.

DATED: December 29, 2016

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE